# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

B. Trey Morris
Klotz, Simmons & Brainard
509 Milam St.
Shreveport LA 71101-3523

Cynthia L. Carroll
Attorney at Law
509 Milam St.
Shreveport LA 71101-5438

## REHEARING ACTION: June 5, 2008

**Docket Number: 07   01593-CA**

**CHARLES B. BRIDGES, ET UX.**
**VERSUS**
**THE CITY OF CARENCO, ET AL.**

**Appealed from Lafayette Parish Case No. 20052818**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders**
    **Hon. Glenn B. Gremillion**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles B. Bridges, et ux** has this day been

    **DENIED.**

cc: Jerry Joseph Falgoust, Counsel for the Appellee
    Donovan O'Pry, Counsel for the Appellee
    Riley J. Busenlener, Counsel for the Appellee